# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **DANNY DEWAYNE BREWER,** | ) | |
| Plaintiff, | ) | |
| v. | ) | No. CIV 13-471-RAW-SPS |
| **DEANA GILROY, et al.,** | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

On October 21, 2013, the court directed plaintiff to pay an initial partial filing fee of $38.12 to proceed in this action [Docket No. 5]. He subsequently filed a motion seeking relief with respect to payment of the fee, alleging his request to prison officials for release of funds to pay the fee was denied [Docket No. 9]. He has submitted a copy of his November 5, 2013, Request to Staff in which the staff's response stated plaintiff did not have enough money in his account to pay the required fee [Docket No. 9 at 5]. A review of plaintiff's motion for leave to proceed *in forma pauperis*, however, indicates he had balances of $108.78 in his savings account and $0.46 in his draw account on September 25, 2013 [Docket No. 2 at 3].

> . . . Funds from [an inmate's mandatory savings] account may be used by the inmate for fees or costs in filing a civil or criminal action as defined in Section 151 *et seq.* of Title 28 of the Oklahoma Statutes or for federal action as defined in Section 1911 *et seq.* of Title 28 of the United States Code . . . .

Okla. Stat. tit. 57, § 549(A)(5). 28 U.S.C. § 1911 concerns payment of "[t]he fees of the clerk, cost of serving process, and other necessary disbursements incidental to any case before the [United States Supreme Court]." *See also* 28 U.S.C. § 1914 (filing fees for federal district courts).

**ACCORDINGLY,** plaintiff's motion for relief regarding release of funds [Docket No. 9] is GRANTED, and his custodian is directed to release funds within ten (10) days for payment of the $38.12 initial partial filing fee. The Court Clerk is directed to send a copy of this order to plaintiff's custodian and to the trust fund officer at his facility.

**IT IS SO ORDERED** this 16th day of December 2013.

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma